United States District Court
Southern District of Texas
**ENTERED**
September 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| SANTOS EDUARDO LOPEZ BALTAZAR | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:25-cv-160 |
| | § | |
| NORVAL VASQUEZ *et al.* | § | |

## ORDER

Before the Court is Petitioner Santos Eduardo Lopez Baltazar's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Dkt. No. 1). Petitioner lists Warden of the Rio Grande Processing Center Norval Vazquez, United States Immigration and Customs Enforcement Houston Field Office Director Bret Bradford, Acting Director for United Sates Immigrations and Customs Enforcement Todd Lyons, and United States Department of Homeland Security Secretary Kristi Noem as Respondents (Dkt. No. 1). Having reviewed the Petition, the Court hereby **ORDERS** Respondents to file a response and serve it on Petitioner within **twenty (20) days** of the date of service.

The Clerk of Court is **DIRECTED** to serve copies of the Petition (Dkt. No. 1), and this Order on Respondents via certified mail return receipt requested. Respondent Norval Vazquez or his designee may be served at 1001 San Rio Blvd., Laredo, Texas 78046. Respondent Bret Bradford or his designee may be served at 126 Northpoint Drive, Houston, Texas 77060. Respondent Todd Lyons or his designee may be served at 500 12th St., SW Washington, D.C. 20356. Respondent Kristi Noem or her designee may be served at 245 Murray Lane, SW, Mail Stop 0485, Washington, D.C. 20528-0485. Pursuant to Federal Rule of Civil Procedure 4(i)(2), the Clerk of Court is **DIRECTED** to serve copies of the Petition and this Order on the United Attorney, Chief of the Civil Division, at 11204 McPherson Rd., Suite 100A Laredo, Texas 78045 via certified mail return receipt

1

requested. *See also* Rules 1(b), 12 of the Rules Governing Section 2254 Proceedings.

It is further **ORDERED** that if Petitioner elects to file a reply, he may do so no later than **fourteen (14) days** after Respondents file their respective answers or responses. *See* Rule 5(e) of the Rules Governing Section 2254 Proceedings.

Finally, Respondents will not be served further notice of activity on this docket. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

It is so **ORDERED**.

**SIGNED** September 30, 2025.

                                              Marina Garcia Marmolejo
                                              United States District Judge