United States District Court
Southern District of Texas
**ENTERED**
October 17, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| SANTOS EDUARDO LOPEZ BALTAZAR § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:25-cv-160 |
| § | |
| NORVAL VASQUEZ *et al.* § | |

**ORDER**

Before the Court is Petitioner Santos Eduardo Lopez Baltazar's Motion for Temporary Restraining Order and Request for Injunctive Relief (Dkt. No. 9). Petitioner primarily realleges the same allegations in his Petition and requests similar relief (*see* Dkt. Nos. 1 at 8; 9 at 12–13). Petitioner filed the present motion on the same day the Undersigned issued her Order granting partial relief based on the Petition (Dkt. No. 10). At this time, the Court will not expand the relief already provided in its most recent Order (Dkt. No. 10).

Accordingly, Petitioner's Motion for Temporary Restraining Order and Request for Injunctive Relief is **DENIED as MOOT** (Dkt. No. 9).

It is so **ORDERED**.

**SIGNED** October 17, 2025.

Marina Garcia Marmolejo
United States District Judge

1