Case 5:25-cv-00160   Document 23   Filed on 12/03/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| SANTOS EDUARDO LOPEZ BALTAZAR § § § | |
| VS. § | CIVIL ACTION NO. 5:25-cv-160 |
| § § | |
| NORVAL VASQUEZ *et al.* § | |

## ORDER

On October 14, 2025, the Court granted in part and denied in part Petitioner's writ of habeas corpus (*see* Dkt. No. 10). The Court ordered Respondents to provide Petitioner with a bond hearing no later than October 29, 2025 (Dkt. No. 10 at 5). According to Respondents' advisory, Petitioner's bond hearing was held on October 22, 2025, and an Immigration Judge denied Petitioner bond, finding that Petitioner did not meet "his burden to show he would not be a danger to the community or a flight risk if released from custody" (Dkt. Nos. 18 at 2; 18-1 at 1).

Accordingly, it appears as if no live disputes remain in this case. The parties are **ORDERED** to file a joint advisory addressing how they would like the Court to proceed by **December 9, 2025**. Alternatively, the parties may file a Federal Rule of Civil Procedure 41(a)(1)(A)(ii) joint dismissal by that date. *See* Rules 1(b), 12 of the Rules Governing Section 2254 Proceedings.

It is so **ORDERED**.

**SIGNED** December 3, 2025.

Marina Garcia Marmolejo
United States District Judge

1